UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 16-cv-23939- FAM

DAWN DAWSEY,

      Plaintiff,

v.

CARNIVAL CORPORATION,
STEINER TRANSOCEAN LTD.,

      Defendants.

_____/

### DEFENDANT, STEINER TRANSOCEAN LIMITED'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Defendant, STEINER TRANSOCEAN LIMITED, by and through undersigned counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's Order, hereby submits its Certificate of Interested Parties and Corporate Disclosure Statement as follows:

### CERTIFICATE OF INTERESTED PARTIES

The name of any person, associated persons, firms, partnerships and/or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations and other identifiable legal entities related to a party, in addition to publicly traded companies that own ten percent (10%) of more of a party's stocks, and all other identifiable legal entitled related to any party in the case.

CASE NO.: 16-cv-23939-FAM

**PLAINTIFF:**

Anne Smith

**DEFENDANTS:**

Carnival Corporation (stock ticker symbol CCL)

Steiner Transocean Limited

**COUNSEL FOR PLAINTIFF:**
Jason R. Margulies, Esq.
Jacqueline Garcell, Esq.
Lipcon, Margulies, Alsina & Winkleman, P.A.
Suite 1776, One Biscayne Tower
2 South Biscayne Blvd.
Miami, Florida  33131
Tel: (305) 373-3016
Fax: (305) 373-6204
jmargulies@lipcon.com
jgarcell@lipcon.com

**COUNSEL FOR DEFENDANT:**
Curtis J. Mase, Esq.
Laurence M. Krutchik, Esq.
MASE TINELLI MEBANE & BRIGGS
2601 South Bayshore Drive, Suite 800
Miami, Florida  33133
Telephone:  (305) 377-3770
Facsimile:   (305) 377-0080
cmase@maselaw.com
lkrutchik@maselaw.com
kfehr@maselaw.com
Filing@maselaw.com

## CORPORATE DISCLOSURE STATEMENT

Steiner Transocean, Ltd. is a non-governmental corporate party to the above styled action.

No other publicly held corporation owns 10% or more of Steiner Transocean, Ltd. stock.

CASE NO.: 16-cv-23939-FAM

Respectfully submitted,

MASE TINELLI MEBANE & BRIGGS, P.A.
*Attorneys for Defendants*
2601 South Bayshore Drive, Suite 800
Miami, Florida  33133
Telephone:  (305) 377-3770
Facsimile:   (305) 377-0080


By:   */s/ Laurence M. Krutchik*
      CURTIS J. MASE
      Florida Bar No.: 478083
      cmase@masetinelli.com
      kfehr@masetinelli.com
      LAURENCE M. KRUTCHIK
      Florida Bar No.: 0069449
      lkrutchik@maselaw.com
      ctoth@maselaw.com
      filing@masetinelli.com


## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2017, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   */s/ Laurence M. Krutchik*
      Laurence M. Krutchik

CASE NO.: 16-cv-23939-FAM

## <u>SERVICE LIST</u>

**Jason R. Margulies, Esq.**
**Jacqueline Garcell, Esq.**
Lipcon, Margulies, Alsina & Winkleman, P.A.
Suite 1776, One Biscayne Tower
2 South Biscayne Blvd.
Miami, Florida  33131
Tel: (305) 373-3016
Fax: (305) 373-6204
jmargulies@lipcon.com
mwinkleman@lipcon.com
jgarcell@lipcon.com
*Attorneys for Plaintiffs*

Smith//52