UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:17-23630-CV-ALTONAGA/Goodman

ANNE SMITH, as parent and natural
guardian of A.S., a minor,

    *Plaintiff(s)*,

v.

CARNIVAL CORPORATION,
STEINER LEISURE LIMITED,
STEINER TRANSOCEAN LIMITED, and
STEINER TRANSOCEAN U.S., INC.

    *Defendant(s)*.

_____/

## MEDIATOR'S REPORT

    Laura Bonn, Esq., the undersigned Certified Mediator, reports to this Honorable Court as follows:

The Mediation was held on **April 18, 2018 @ 10:00 A.M.**

__✓__    AN AGREEMENT WAS REACHED.

_____    The Agreement is attached with consent of the parties.

_____    NO AGREEMENT WAS REACHED; IMPASSE.

_____    The parties wish to continue settlement negotiations and may reconvene for a continuation of the Mediation. Notice of the continuation shall be provided to the parties and filed with the Court. If no Notice of an agreement is filed with the Court on or before ___/___/___, than this matter shall be deemed at an impasse.

_____    Other: _____

*[signed]* Laura Bonn

Laura Bonn, Esq., Florida Bar No. 244759
MF#: LB-7842