UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-23630-CIV-ALTONAGA/Goodman

ANNE SMITH, as Parent and
Natural Guardian of A.S., a minor,

    Plaintiff,
v.

CARNIVAL CORPORATION,
STEINER LEISURE LIMITED,
STEINER TRANSOCEAN LIMITED, and
STEINER TRANSOCEAN U.S., INC.,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41, hereby file this Joint Stipulation of Dismissal with Prejudice, and inform the Court as follows:

1. Plaintiffs' claims against Defendants, CARNIVAL CORPORATION and STEINER TRANSOCEAN LIMITED,[1] shall be deemed dismissed with prejudice.

2. The Parties are to bear their own attorneys' fees and costs.

Respectfully submitted this 29th day of June, 2018.

| | |
|---|---|
| */s/ Jacqueline Garcell* | */s/ Laurence M. Krutchik* |
| **JASON R. MARGULIES** | **CURTIS J. MASE** |
| Florida Bar No. 57916 | Florida Bar No.: 478083 |
| jmargulies@lipcon.com | cmase@maselaw.com |
| **JACQUELINE GARCELL** | **LAURENCE M. KRUTCHIK** |
| Florida Bar No. 104358 | Florida Bar No.: 0069449 |
| jgarcell@lipcon.com | lkrutchik@maselaw.com |
| LIPCON, MARGULIES, | MASE MEBANE & BRIGGS, P.A. |

---

[1] Defendants, STEINER LEISURE LIMITED and STEINER TRANSOCEAN U.S., INC., were previously voluntarily dismissed based on the parties' Stipulation. [D.E. 13-14].

| | |
|---|---|
| ALSINA & WINKLEMAN, P.A. | 2601 South Bayshore Drive, Suite 800 |
| One Biscayne Tower, Suite 1776 | Miami, Florida  33133 |
| 2 S. Biscayne Boulevard | Telephone:  (305) 377-3770 |
| Miami, Florida 33131 | Facsimile:   (305) 377-0080 |
| Telephone: (305) 373-3016 | *Attorneys for Defendants* |
| Facsimile: (305) 373-6204 | |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ Jacqueline Garcell*
    **JACQUELINE GARCELL**

## SERVICE LIST
*Smith v. Carnival Corp., et al.*
**Case No. 17-23630-CIV-Altonaga/Goodman**

| | |
|---|---|
| **Jason R. Margulies, Esq.** | **Curtis J. Mase, Esq.** |
| jmargulies@lipcon.com | cmase@maselaw.com |
| **Jacqueline Garcell, Esq.** | kfehr@maselaw.com |
| jgarcell@lipcon.com | **Laurence M. Krutchik, Esq.** |
| LIPCON, MARGULIES, | lkrutchik@maselaw.com |
| ALSINA & WINKLEMAN, P.A. | ctoth@maselaw.com |
| One Biscayne Tower, Suite 1776 | filing@maselaw.com |
| 2 S. Biscayne Boulevard | MASE MEBANE & BRIGGS, P.A. |
| Miami, Florida 33131 | 2601 South Bayshore Drive, Suite 800 |
| Telephone No.: (305) 373-3016 | Miami, Florida 33133 |
| Facsimile No.: (305) 373-6204 | Telephone: (305) 377-3770 |
| *Attorneys for Plaintiff* | Facsimile: (305) 377-0080 |
| | *Attorneys for Defendants* |